# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America <br> v. <br> DAIMAN O. REED <br> Date of Previous Judgment: 04/23/08 <br> *(Use Date of Last Amended Judgment if Applicable)* | Case No: 8:06CR162 <br> USM No: 20870-047 <br> DAVID STICKMAN <br> Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  70  months **is reduced to**  63 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

Previous Offense Level: 29                   Amended Offense Level: 24
Criminal History Category: III               Criminal History Category: III
Previous Guideline Range: 108 to 135 months  Amended Guideline Range: 63 to 78 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
x The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  04/23/08  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/28/2011

*Judge's signature*

Effective Date: _____
*(if different from order date)*                    *Printed name and title*